IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO.  2:13-CV-45-D

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
      v.                             )
                                     )
SPRUILL PERSONAL PROPERTY,           )
SPECIFICALLY DESCRIBED AS:           )
A DAVIS INDUSTRIES, MODEL P32,       )
.32 PISTOL, SERIAL NUMBER P168868;   )
                                     )
AND                                  )
                                     )
FOUR (4) ROUNDS OF FEDERAL .32       )
AMMUNITION;                          )
                                     )
AND                                  )
                                     )
A RUGER, NEW MODEL SINGLE SIX,       )
.22 REVOLVER, SERIAL NUMBER 69-12372,)
                                     )
            Defendants.              )

## DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's Motion for
Default Judgment. It appearing that a copy of the Complaint
herein was served upon the defendants and that publication has
been duly made, in accordance with Supplemental Rule G(4), and,
thus, that due notice was given accordingly, the Court finds
that:

1

1.  Process was duly issued in this cause and the defendants were duly seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives pursuant to said process;

2.  No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3.  The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1.  Default judgment be and the same is hereby entered against the defendants;

2.  All persons claiming any right, title, or interest in or to the said defendants are held in default;

3.  The defendants are forfeited to the United States of America;

4.  This Court entered Default in this action at Docket Entry # _8_ ;

5.  The U. S. Department of Justice is hereby directed to dispose of the defendants according to law; and

2

6. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this **24** day of __April__, 2014.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE

3